UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLLINS SYLVESTER WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> THURSTON COUNTY, <br><br> Defendant. | CASE NO. C14-5565 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 10), and Plaintiff Collins Sylvester Williams, Jr.'s ("Williams") objections to the R&R (Dkt. 11).

On July 15, 2014, Williams filed a motion to proceed *in forma pauperis* and a proposed complaint. Dkt. 1. On August 8, 2014, Judge Creatura *sua sponte* reviewed the complaint, identified deficiencies in the complaint, and ordered Williams to file a new complaint. Dkt. 7. On August 19, 2014, Williams filed an amended complaint. Dkt. 8. On September 8, 2014, Judge Creatura issued the R&R recommending that the Court

ORDER - 1

dismiss the amended complaint because Williams failed to state a claim. Dkt. 10. On September 16, 2014, Williams filed objections. Dkt. 11.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Williams has failed to correct the identified deficiencies in his complaint with either his amended complaint or his objections. Judge Creatura specifically informed Williams that, in order to state a claim against Defendant Thurston County, Williams must identify a specific policy that led to the deprivation of his constitutional rights. Dkts. 7 & 10. Williams has failed to identify any applicable policy. Therefore, the Court having considered the R&R, Williams's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Williams's amended complaint is **DISMISSED**; and

(3) The Clerk shall close this case.

Dated this 4th day of November, 2014.

BENJAMIN H. SETTLE
United States District Judge